MINUTE ENTRY
FEBRUARY 11, 2019
VAN MEERVELD, M. J.

**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA

VERSUS

RAFAEL MOLINA

CRIMINAL ACTION

NO. 19-15

SECTION: MAG


<u>INITIAL APPEARANCE</u>

APPEARANCES:   X__DEFENDANT WITH/WITHOUT COUNSEL _____

_____
X__ASSISTANT U.S. ATTORNEY   ANDRE JONES _____
X__INTERPRETER   LILLIAM ZAYAS _____
Designated by Court and sworn.        Time: ___2:40___ P .M  to  ___2:44___ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE COMPLAINT WAS:
   READ   WAIVED  SUMMARIZED

_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

_/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT


MJSTAR: 00: 04

_/ BAIL SET AT  _____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/

ARRAIGNMENT IS SET FOR  _February 25, 2019 at 2:00 p.m._

/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_February 13, 2019 at 2:00 p.m._

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL

HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL

WITH COUNSEL  _____